U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 8 2022

CLERK, U.S. DISTRICT COURT
By_____
           Deputy

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

Pennie Rodriguez
_____
*Petitioner*

v.

Michael Smith - Warden
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)

Case No. **4-22CV-974-P**
_____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Pennie ReNae Rodriguez
   (b) Other names you have used: Taylor, Hicks

2. Place of confinement:
   (a) Name of institution: FMC Carswell
   (b) Address: P.O. Box 27137
   Fort Worth, Tx 76127
   (c) Your identification number: 28005-509

3. Are you currently being held on orders by:
   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:
   _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Northern District of Texas
   _____
   (b) Docket number of criminal case: 2:20-CR-127-2-BR-(1)
   (c) Date of sentencing: 10-28-2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain):* _____
   _____
   _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (fo r example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statuto ry maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain):* _____

_____

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:    FMC Carswell   Ft Worth, Tx

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*

I am Challenging credits owed to me for work, class and Vocational Classes at least 12 months FSA Credits off of time.

(d) Date of the decision or action:    6 - 10 - 22

## Your Earlier Challenges of the Decision or Action

7.    First appeal

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:   Unit Team  8.5  Grievance

(2) Date of filing:   6 - 10 - 22

(3) Docket number, case number, or opinion number: _____

(4) Result:   Refused to Sign paperwork was discarded

(5) Date of result:   30 day Wait No result

(6) Issues raised:   Credit 12 months FSA Credit for employment 3-22 to Still Working, 3 FSA Classes - 45 days, Vocational College Course 915 hrs. - 18 months FSA Credit.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal: _____

_____

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:  Warden Michael Smith  BP-9
FMC Carswell  Ft. Worth, Tx

(2)  Date of filing:  7-11-22

(3)  Docket number, case number, or opinion number: _____

(4)  Result:  Refused to sign or give to Warden 8.5 was not signed

(5)  Date of result:  7-17-22  No Result

(6)  Issues raised:  Credit 12 months FSA credit for employment
3-22 to still working, 3 FSA classes - 45 days, Vocational
College Course 915 hrs. - 18 months FSA credit.

_____

_____

(b)  If you answered "No," explain why you did not file a second appeal: _____

_____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:  Administrative Remedy Coordinator
South Central Regional office.

(2)  Date of filing:  8-23-22

(3)  Docket number, case number, or opinion number:  1134972 - R1

(4)  Result:  Submitted to wrong level because 8.5 & BP-9 were not sign

(5)  Date of result:  10-5-22

(6)  Issues raised:  Credit 12 months FSA credit for employment 3-22
to still working, 3 FSA classes - 45 days, Vocational College
Course 915 hrs - 18 months FSA credit.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____
_____
_____
_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☑ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Date of filing: _____

(2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Date of filing: _____

(3)  Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☑ No

If "Yes," provide:

    (a)  Kind of petition, motion, or application: _____

    (b)  Name of the authority, agency, or court: _____

_____

    (c)  Date of filing: _____

    (d)  Docket number, case number, or opinion number: _____

    (e)  Result: _____

    (f)  Date of result: _____

    (g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

GROUND ONE: First Step Act credit allows 15 days per class, per month of employment at a job here at Carswell. It states we are entitled to 12 months towards prerelease. None have been calculated or credited. 8.5, BP-9, BP-10, Time sheet, work

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

history, College Class hours sheet, FSA Class sheet on Team
Sheet. All prove Classes and Credits earned and not
Calculated. 8.5, BP-9 were not even Considered nor allowed
to File a Remedy to go any Farther. Captain Buckner Stated
to make copies Wait for the time aloted and File the next
Remedy.

(b)  Did you present Ground One in all appeals that were available to you?

☑ Yes          ☐ No

GROUND TWO: _____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

GROUND THREE: _____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do:  I would like For the Court to grant Atleast 1 yr. Calculated Credit to my time off. Being told every month it will be Calculated so we are closer to home only to get yet another 180 day runaround.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

10-11-22

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-11-22

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Attachment

1. Job History Good credit
   2-25-2022 til Current (Oct 24th 2022) Still employed.
   2 months Credit

2 College Education course Good credit
   paid out of pocket. 915 hrs.

3. Team sheet completed classes

4. 8.5, BP-9, BP-10 all Submitted the
   BP-9, & 8.5 was Refusal to sign, BP-10 would
   not be accepted because 85 & BP-9 was not
   signed. Denied Remedies

Case 4:22-cv-00974-P  Document 1  Filed 10/28/22  Page 11 of 42  PageID 11

REG NO..: 28005-509 NAME....: RODRIGUEZ, PENNIE
CATEGORY: WRK      FUNCTION: DIS      FORMAT: [          ]

FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP   DATE/TIME
CRW   NURSE ASST NURSING ASSISTANT              09-22-2022 1327 CURRENT
CRW   NURSE ASST NURSING ASSISTANT              05-26-2022 0838 09-22-2022 092:
CRW   MHIN-ASST  MENTAL HEALTH ASSIST           05-23-2022 0001 05-26-2022 083{
CRW   U1N ORD AM UNIT 1 NORTH ORDERLY AM        02-25-2022 0001 05-23-2022 000:
CRW   UNASSG     PENDING WORK ASSIGNMENT        01-17-2022 1307 02-25-2022 000:
CRW   A&O        ADMISSION & ORIENTATION        01-11-2022 1428 01-17-2022 130:

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 23, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : PENNIE RODRIGUEZ, 28005-509
      CARSWELL FMC    UNT: MED/SURG    QTR: F03-342L
      P.O. BOX 27066
      FORT WORTH, TX 76127

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1134972-R1      REGIONAL APPEAL
DATE RECEIVED  : AUGUST 23, 2022
SUBJECT 1      : OTHER SENTENCE COMPUTATION
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR   CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : YOU MUST FILE A BP9 AT THE INSTITUTIONAL LEVEL. IF
                 NOT SATISFIED WITH BP9 RESPONSE, THEN FILE BP10
                 APPEAL AT THE REGIONAL LEVEL.


RECEIVED OCT 05 2022

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Rodriguez Pennie R.                28005-509        NCC        Carswell
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A—REASON FOR APPEAL**

I am requesting 1 yr./ 12 months total on my Comp Sheet to be Calculated. I have taken classes, Finished College Course, and have worked since Feb. 2022 as a Nurse Assistant. I am attaching 8.5 & a 9 with no signatures because my Unit Team refuses to allow me to file remedies. My Pattern Score has not been updated on my Team date to allow these credits to catalate it does not reflect any classes to give me an opportunity to lower my Recidusm. to a low. 915 hrs. For College Classes, Trauma, Resolve workshop, Drug class Still in House of Healing and Threshold class.

8-16-22                                    Pennie Ros
DATE                                       SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

AUG 2 3 2022

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRC

_____                    _____
DATE                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: 1134972

**Part C—RECEIPT**

                                           CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

                                                                    BP-230(13)
                                                                    APRIL 1982
USP LVN    DATE                Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Rodnauer Pennie R.    28005-509    NCc    Carswell
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL**

I am requesting 1 yr/12 months total on my Comp Sheet to be Calculated. I have taken classes. Finished College course, and have worked since Feb. 2022 as a Nurse Assistant. I am attaching 8.5 & a 9 with no signatures because my Unit Team refuses to allow me to file remedies. My Pattern Score has not been updated on my Team date to allow these credits to calculate it does not reflect any classes to give me an opportunity to lower my Recidivism to a low. 915 hrs. for college classes, Trauma, Resolve workshop, Drug class skill in House of Healing and Threshold class.

8-16-22          Pennie Rox
DATE            SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

AUG 2 3 2022

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____      _____
DATE             REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY       CASE NUMBER: 1134972

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

USP LVN    DATE     Previous editions not usable     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: ___Rodriguez, Ronnie R.___    ___38008-504___    ___Dec___    ___Forrest City___
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

**Part A—REASON FOR APPEAL**

I am requesting the 12 months total on my comp time to be calculated. I have taken classes and college course, that have saved since Feb. 2021 till current current. I am enclosing BP-9 & 9 with but not getting any that Team Officers will... the ... it does have no... seen placed on my team date so that have I ... calculate it does not follow my classes, since no... opportunity... whatever in... do... a... to take classes for college classes, in... to take...  ...

___8-16-22___　　　　　　　　　　　　　　　___Ronnie (sig)___
　　　DATE　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B—RESPONSE**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　

_____　　　　　_____
　　　DATE　　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE　　　　　　CASE NUMBER: ___1134972___

**Part C—RECEIPT**

　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

SUBJECT: _____

USP LVN　　　DATE　　　　Previous editions not usable　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

　　　　　　　　　　　　PRINTED ON RECYCLED PAPER

BP-230(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

_____

DATE                                   SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____

DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

USP LVN     DATE            Previous editions not usable            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP–230(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Rodriguez Pennie R          28005-509          NCC          Carswell

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

I am requesting a full year of credits from FSA to be calculated on my comp sheet. I have taken classes, finished correspondence classes, and have worked a job at Carswell since Feb 2022. I can not attach an 8.5 because I was informed it would not be signed and it would be discarded. I am following my remedies to the best of my ability.

7-11-22

DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

                 LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE                                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

BP–229(13)
APRIL 1982

USP LVN

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Rodriguez, Pennie R        28005-509        NCC        Carswell
_____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

I am requesting a full year of credits from FSA to be
calculated on my Comp sheet. I have taken classes, finished
Correspondence Classes and have worked a job at Carswell since
Feb 2022. I can not attach an 8.5 because I was
informed it would not be signed and it would be discarded.
I am following my remedies to the best of my ability.

7-11-22
_____
DATE

_Pennie R_
_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN    PRINTED ON RECYCLED PAPER

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Rodriguez Pennie R      28005 509      NCC      Carswell

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

I am requesting a full year of credit from FSA to be calculated on my Comp sheet. I have taken classes, finished Correspondence Classes, and have worked a job at Carswell since Feb 2022. I can not attach an 8.5 because I was informed it would not be signed and it would be discarded. I am following my remedies to the best of my ability.

7-11-22
DATE

Pennie R
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____        _____
DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE        CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____        _____
DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP–229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies, Additional instructions on reverse.*

From: _Rodriquez Ronnie R_____     _28005 304_     _NCC_     _Carswell_
            **LAST NAME, FIRST, MIDDLE INITIAL**          **REG. NO.**       **UNIT**          **INSTITUTION**

### Part A– INMATE REQUEST

I am requesting a full year of credit from FSA to be
attached on my comp sheet. I have taken classes, I asked
correspondence classes and have worked a job at Carswell since
Feb 2020. I can not attach an 8.5 because I was
informed it would not be signed and it would be discarded.
I am following my remedies to the best of my ability.

_7-11-22_____                              _Ronnie R_____
**DATE**                                   **SIGNATURE OF REQUESTER**

### Part B– RESPONSE

_____                            _____
**DATE**                                   **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                    CASE NUMBER: _____

### Part C– RECEIPT

Return to: _____  _____  _____  _____
                **LAST NAME, FIRST, MIDDLE INITIAL**          **REG. NO.**       **UNIT**          **INSTITUTION**

SUBJECT: _____

_____                            _____
**DATE**                                   **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

                                                    BP–229(13)
                                                    APRIL 1982
USP LVN              PRINTED ON RECYCLED PAPER

CRW 1330.16a
September 1, 2010
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 13360.16, <u>Administrative Remedy Program</u>, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| **Inmate Name** | Pennie Rodriguez | **Register Number** | 28005-509 |

1.      Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred.

I am requesting my FSA Credits. I have 1 full year worth.
I have taken correspondence courses, classes - FSA. and have worked
since Feb 2022

2.      Briefly state the action you request to resolve your complaint.

1 yr worth of FSA Credits 12 mo
12 months

3.      Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.

Starting action

4.      GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

**TO BE COMPLETED BY STAFF**              Date Received by Counselor for Response_____

5.      Summary of Investigation (place response on this form):

6.      What actions were taken to resolve this matter informally (place response on this form):

7.      Explain reasons for no resolution (place response on this form):

Date & Time Issued BP 8.5_____        Unit Team Member:_____

Date & Time Inmate Returned BP 8.5_____        Unit Team Member:_____

Date & Time Investigation on BP 8.5 Completed and BP-9 (BP229(13) issued:_____

Unit Manager/Camp Administrator Signature:_____

On _____(date), this issue was informally resolved.

_____        _____
Inmate Signature                                               Date

**Distribution:** (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If complaint is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office

CRW 1330.16a
September 1, 2010
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 13360.16, <u>Administrative Remedy Program</u>, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Pennie Rodriguez | Register Number | 28005-509 |

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred.

    I am requesting my FSA Credits. I have 1 full year worth. I have taken correspondence courses, classes - FSA. and have worked since Feb 2022

2. Briefly state the action you request to resolve your complaint.

    1 yr worth of FSA Credits 12 mo 12 months

3. Briefly state the action(s) you have and with whom you have spoken to resolve your complaint.

    Starting action

4. **GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.**

**TO BE COMPLETED BY STAFF**           Date Received by Counselor for Response_____

5.     Summary of investigation (place response on this form):

6.     What actions were taken to resolve this matter informally (place response on this form):

7.     Explain reasons for no resolution (place response on this form):

Date & Time Issued BP 8.5_____          Unit Team Member:_____

Date & Time Inmate Returned BP 8.5_____          Unit Team Member:_____

Date & Time Investigation on BP 8.5 Completed and BP-9 (BP229(13) issued:_____

Unit Manager/Camp Administrator Signature:_____

On _____ (date), this issue was informally resolved.

_____          _____
Inmate Signature                                               Date

**Distribution:** (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If complaint is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office

CRW 1330.16a
September 1, 2010
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 13360.16, <u>Administrative Remedy Program</u>, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Rennie Rodriguez | Register Number | 28005-509 |
|---|---|---|---|

1.  Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred.

    I am requesting my FSA Credits. I have 1 full year worth. I have taken correspondence courses, classes - FSA and have worked since Feb 2022

2.  Briefly state the action you request to resolve your complaint.

    1 yr worth of FSA Credits 12 mo
    12 months

3.  Briefly state the action(s) you have and with whom you have spoken to resolve your complaint.

    Starting action

4.  **GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.**

    **TO BE COMPLETED BY STAFF**          Date Received by Counselor for Response_____

5.  Summary of investigation (place response on this form):

6.  What actions were taken to resolve this matter informally (place response on this form):

7.  Explain reasons for no resolution (place response on this form):

Date & Time Issued BP 8.5_____          Unit Team Member:_____

Date & Time Inmate Returned BP 8.5_____          Unit Team Member:_____

Date & Time Investigation on BP 8.5 Completed and BP-9 (BP229(13) issued:_____

Unit Manager/Camp Administrator Signature:_____

On _____ (date), this issue was informally resolved.

_____          _____
Inmate Signature                                   Date

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If complaint is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office

CRW 1330.16a
September 1, 2010
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 13360.16, <u>Administrative Remedy Program</u>, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Rennie Rodriguez | Register Number | 28005-509 |
|---|---|---|---|

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred.

I am requesting my FSA Credits. I have 1 full year worth. I have taken correspondence courses, classes - FSA and have worked since Feb 2022

2. Briefly state the action you request to resolve your complaint.

1 yr worth of FSA Credits 12mo
12months

3. Briefly state the action(s) you have and with whom you have spoken to resolve your complaint.

Starting action

4. **GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.**

**TO BE COMPLETED BY STAFF**          Date Received by Counselor for Response_____

5. Summary of investigation (place response on this form):

6. What actions were taken to resolve this matter informally (place response on this form):

7. Explain reasons for no resolution (place response on this form):

Date & Time Issued BP 8.5_____    Unit Team Member:_____

Date & Time Inmate Returned BP 8.5_____    Unit Team Member:_____

Date & Time Investigation on BP 8.5 Completed and BP-9 (BP229(13) issued:_____

Unit Manager/Camp Administrator Signature:_____

On _____ (date), this issue was informally resolved.

_____          _____
Inmate Signature                                    Date

**Distribution:** (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If complaint is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office

```
  CRWDL        *         INMATE EDUCATION DATA        *    08-10-2022
PAGE 001 OF 001 *              TRANSCRIPT             *    19:25:10

REGISTER NO: 28005-509    NAME..: RODRIGUEZ              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CRW-CARSWELL FMC
```

```
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
CRW  ESL HAS    ENGLISH PROFICIENT       01-13-2022 0919 CURRENT
CRW  GED HAS    COMPLETED GED OR HS DIPLOMA 01-13-2022 0919 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
CRW MS     COLLEGE CORRESPONDENCE   02-19-2022 08-02-2022  P   C  P   915
CRW LOW    BILLIARDS HOSPITAL       03-14-2022 04-04-2022  P   C  P     4
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  CRWDL         *     INMATE EDUCATION DATA      *     08-10-2022
PAGE 001 OF 001 *           TRANSCRIPT           *     19:25:10

REGISTER NO: 28005-509    NAME..: RODRIGUEZ           FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: CRW-CARSWELL FMC

------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
CRW  ESL HAS    ENGLISH PROFICIENT       01-13-2022 0919 CURRENT
CRW  GED HAS    COMPLETED GED OR HS DIPLOMA  01-13-2022 0919 CURRENT

--------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION            START DATE  STOP DATE EVNT AC LV  HRS
CRW MS     COLLEGE CORRESPONDENCE 02-19-2022 08-02-2022  P   C  P   915
CRW LOW    BILLIARDS HOSPITAL     03-14-2022 04-04-2022  P   C  P     4
```

G0000     TRANSACTION SUCCESSFULLY COMPLETED

```
   CRWDL          *         INMATE EDUCATION DATA           *      08-10-2022
PAGE 001 OF 001 *                TRANSCRIPT                 *      19:25:10

REGISTER NO: 28005-509        NAME..: RODRIGUEZ                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: CRW-CARSWELL FMC
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
CRW  ESL HAS    ENGLISH PROFICIENT       01-13-2022 0919 CURRENT
CRW  GED HAS    COMPLETED GED OR HS DIPLOMA  01-13-2022 0919 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION             START DATE  STOP DATE EVNT AC LV  HRS
CRW MS      COLLEGE CORRESPONDENCE  02-19-2022 08-02-2022  P   C  P   915
CRW LOW     BILLIARDS HOSPITAL      03-14-2022 04-04-2022  P   C  P     4




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
 CRWDL           *        INMATE EDUCATION DATA          *     08-10-2022
PAGE 001 OF 001 *               TRANSCRIPT              *     19:25:10

REGISTER NO: 28005-509      NAME..: RODRIGUEZ              FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: CRW-CARSWELL FMC

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
CRW  ESL HAS    ENGLISH PROFICIENT          01-13-2022 0919 CURRENT
CRW  GED HAS    COMPLETED GED OR HS DIPLOMA  01-13-2022 0919 CURRENT

-------------------------- EDUCATION COURSES --------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
CRW MS     COLLEGE CORRESPONDENCE   02-19-2022 08-02-2022  P   C  P   915
CRW LOW    BILLIARDS HOSPITAL       03-14-2022 04-04-2022  P   C  P     4




G0000     TRANSACTION SUCCESSFULLY COMPLETED
```



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RODRIGUEZ, PENNIE  28005-509

SEQUENCE: 02263583
Team Date: 08-08-2022

| | | | |
|---|---|---|---|
| Facility: | CRW  CARSWELL FMC | Proj. Rel. Date: | 07-31-2024 |
| Name: | RODRIGUEZ, PENNIE | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 28005-509 | DNA Status: | PREBOP TST / 11-10-2021 |
| Age: | 44 | | |
| Date of Birth: | 05-19-1978 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | NURSE ASST | NURSING ASSISTANT | 05-26-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ESL HAS | ENGLISH PROFICIENT | 01-13-2022 |
| CRW | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-13-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW | | COLLEGE CORRESPONDENCE | 02-19-2022 | CURRENT |
| CRW LOW | C | BILLIARDS HOSPITAL | 03-14-2022 | 04-04-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| *** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS *** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-20-2022 |
| CARE2 | STABLE, CHRONIC CARE | 05-16-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 01-26-2022 |
| NO F/S | NO FOOD SERVICE WORK | 02-09-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-09-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 07-21-2022 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-25-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 04-20-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    PART    FINANC RESP-PARTICIPATES    Start: 02-15-2022

| | | | |
|---|---|---|---|
| Inmate Decision:  **AGREED** | **$25.00** | Frequency: **QUARTERLY** | |
| Payments past 6 months: | **$150.00** | Obligation Balance: **$177,831.00** | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | ($25.00) | IMMEDIATE | COMPLETEDN |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-09-2022 | CRW | PAYMENT | OUTSIDE | $100.00 |
| | | 03-05-2022 | CRW | PAYMENT | INSIDE PMT | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $177,881.00 | $177,856.00 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 06-07-2022 | CRW | PAYMENT | INSIDE PMT | $25.00 |



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RODRIGUEZ, PENNIE  28005-509

SEQUENCE: 02263583
Team Date: 08-08-2022

| | |
|---|---|
| Facility: | CRW  CARSWELL FMC |
| Name: | RODRIGUEZ, PENNIE |
| Register No.: | 28005-509 |
| Age: | 44 |
| Date of Birth: | 05-19-1978 |

Proj. Rel. Date:  07-31-2024
Proj. Rel. Mthd:  GOOD CONDUCT TIME
DNA Status:  PREBOP TST / 11-10-2021

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | NURSE ASST | NURSING ASSISTANT | 05-26-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ESL HAS | ENGLISH PROFICIENT | 01-13-2022 |
| CRW | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-13-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW | | COLLEGE CORRESPONDENCE | 02-19-2022 | CURRENT |
| CRW LOW | C | BILLIARDS HOSPITAL | 03-14-2022 | 04-04-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| *** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS *** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-20-2022 |
| CARE2 | STABLE, CHRONIC CARE | 05-16-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 01-26-2022 |
| NO F/S | NO FOOD SERVICE WORK | 02-09-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-09-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 07-21-2022 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-25-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 04-20-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**  PART     FINANC RESP-PARTICIPATES     **Start: 02-15-2022**

Inmate Decision:  **AGREED**     **$25.00**          Frequency:  **QUARTERLY**
Payments past 6 months:     **$150.00**     Obligation Balance: **$177,831.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | ($25.00) | IMMEDIATE | COMPLETEDN |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 03-09-2022 | CRW | PAYMENT | OUTSIDE | $100.00 |
| | | 03-05-2022 | CRW | PAYMENT | INSIDE PMT | $25.00 |
| 2 | REST FV | $177,881.00 | $177,856.00 | IMMEDIATE | AGREED |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 06-07-2022 | CRW | PAYMENT | INSIDE PMT | $25.00 |



**Individualized Needs Plan - Program Review   (Inmate Copy)**

SEQUENCE: 02263583
Team Date: 08-08-2022

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RODRIGUEZ, PENNIE   28005-509

| | | | |
|---|---|---|---|
| Facility: | CRW CARSWELL FMC | Proj. Rel. Date: | 07-31-2024 |
| Name: | RODRIGUEZ, PENNIE | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 28005-509 | DNA Status: | PREBOP TST / 11-10-2021 |
| Age: | 44 | | |
| Date of Birth: | 05-19-1978 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | NURSE ASST | NURSING ASSISTANT | 05-26-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ESL HAS | ENGLISH PROFICIENT | 01-13-2022 |
| CRW | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-13-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW | | COLLEGE CORRESPONDENCE | 02-19-2022 | CURRENT |
| CRW LOW | C | BILLIARDS HOSPITAL | 03-14-2022 | 04-04-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-20-2022 |
| CARE2 | STABLE, CHRONIC CARE | 05-16-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 01-26-2022 |
| NO F/S | NO FOOD SERVICE WORK | 02-09-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-09-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 07-21-2022 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-25-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 04-20-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:** PART   FINANC RESP-PARTICIPATES   **Start: 02-15-2022**
Inmate Decision: **AGREED**   **$25.00**   Frequency: **QUARTERLY**
Payments past 6 months:   **$150.00**   Obligation Balance: **$177,831.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | ($25.00) | IMMEDIATE | COMPLETEDN | | | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | | 03-09-2022 | CRW | PAYMENT | OUTSIDE | | $100.00 |
| | | | 03-05-2022 | CRW | PAYMENT | INSIDE PMT | | $25.00 |
| 2 | REST FV | $177,881.00 | $177,856.00 | IMMEDIATE | AGREED | | | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | | 06-07-2022 | CRW | PAYMENT | INSIDE PMT | | $25.00 |



## Individualized Needs Plan - Program Review     (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: RODRIGUEZ, PENNIE  28005-509

SEQUENCE: 02263583

Team Date: 08-08-2022

| | |
|---|---|
| Facility: | CRW CARSWELL FMC |
| Name: | RODRIGUEZ, PENNIE |
| Register No.: | 28005-509 |
| Age: | 44 |
| Date of Birth: | 05-19-1978 |

| | |
|---|---|
| Proj. Rel. Date: | 07-31-2024 |
| Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| DNA Status: | PREBOP TST / 11-10-2021 |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | NURSE ASST | NURSING ASSISTANT | 05-26-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CRW | ESL HAS | ENGLISH PROFICIENT | 01-13-2022 |
| CRW | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-13-2022 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW | | COLLEGE CORRESPONDENCE | 02-19-2022 | CURRENT |
| CRW LOW | C | BILLIARDS HOSPITAL | 03-14-2022 | 04-04-2022 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-20-2022 |
| CARE2 | STABLE, CHRONIC CARE | 05-16-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 01-26-2022 |
| NO F/S | NO FOOD SERVICE WORK | 02-09-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-09-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 07-21-2022 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-25-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 04-20-2022 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**     PART     FINANC RESP-PARTICIPATES     Start: 02-15-2022

| | | | |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $150.00 | Obligation Balance: $177,831.00 | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | ($25.00) | IMMEDIATE | COMPLETEDN |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-09-2022 | CRW | PAYMENT | OUTSIDE | $100.00 |
| | | 03-05-2022 | CRW | PAYMENT | INSIDE PMT | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $177,881.00 | $177,856.00 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 06-07-2022 | CRW | PAYMENT | INSIDE PMT | $25.00 |



| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review   (Inmate Copy)** | | SEQUENCE: 02263583 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 08-08-2022 |
| Plan is for inmate: RODRIGUEZ, PENNIE  28005-509 | | |

**Most Recent Payment Plan**

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $2,408.68        Payments commensurate ?   Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-25-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-03-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-03-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-03-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 02-01-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-03-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-03-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-03-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-03-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-03-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-03-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-03-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-03-2022 |
| N-WORK Y | NEED - WORK YES | 08-03-2022 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 04-18-2022 |

**Progress since last review**

Completed the Drug education course, Resolve workshop. Making payments on her FRP as ordered in the last 6 months paid $150.00. Did not incur any incident reports since last program review. Completed the Billiards hospital course since last program review. Working as a Nurse ASST.

**Next Program Review Goals**

Take the Criminal thinking course, the Assert yourself for female offenders. Continue making payments on your FRP as ordered. Do not incur any incident reports.

**Long Term Goals**

Take an apprenticeship course of your choice by 12/23.

**RRC/HC Placement**

No.
Management decision - will review 17-19 months prior to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

No PREA concerns.
will be reviewed for RRC/HC placement 17 to 19 months prior to her release date. A RRC/HC review consist of following the guidelines of the Second Chance Act of 2007, using the five factor criteria in accordance with 18 U.S.C. 3261.



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: RODRIGUEZ, PENNIE  28005-509

SEQUENCE: 02263583

Team Date: 08-08-2022

| Most Recent Payment Plan |
|---|

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $2,408.68        Payments commensurate ?   Y

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-25-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-03-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-03-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-03-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 02-01-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-03-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-03-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-03-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-03-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-03-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-03-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-03-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-03-2022 |
| N-WORK Y | NEED - WORK YES | 08-03-2022 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 04-18-2022 |

### Progress since last review

Completed the Drug education course, Resolve workshop. Making payments on her FRP as ordered in the last 6 months paid $150.00. Did not incur any incident reports since last program review. Completed the Billiards hospital course since last program review. Working as a Nurse ASST.

### Next Program Review Goals

Take the Criminal thinking course, the Assert yourself for female offenders. Continue making payments on your FRP as ordered. Do not incur any incident reports.

### Long Term Goals

Take an apprenticeship course of your choice by 12/23.

### RRC/HC Placement

No.
Management decision - will review 17-19 months prior to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

No PREA concerns.
will be reviewed for RRC/HC placement 17 to 19 months prior to her release date. A RRC/HC review consist of following the guidelines of the Second Chance Act of 2007, using the five factor criteria in accordance with 18 U.S.C. 3261.



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: RODRIGUEZ, PENNIE  28005-509

SEQUENCE: 02263583

Team Date: 08-08-2022

| Most Recent Payment Plan |
|---|

## FRP Deposits

Trust Fund Deposits - Past 6 months:  $2,408.68          Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-25-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-03-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-03-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-03-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 02-01-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-03-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-03-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-03-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-03-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-03-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-03-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-03-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-03-2022 |
| N-WORK Y | NEED - WORK YES | 08-03-2022 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 04-18-2022 |

## Progress since last review

Completed the Drug education course, Resolve workshop. Making payments on her FRP as ordered in the last 6 months paid $150.00. Did not incur any incident reports since last program review. Completed the Billiards hospital course since last program review. Working as a Nurse ASST.

## Next Program Review Goals

Take the Criminal thinking course, the Assert yourself for female offenders. Continue making payments on your FRP as ordered. Do not incur any incident reports.

## Long Term Goals

Take an apprenticeship course of your choice by 12/23.

## RRC/HC Placement

No.
Management decision - will review 17-19 months prior to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

No PREA concerns.
will be reviewed for RRC/HC placement 17 to 19 months prior to her release date. A RRC/HC review consist of following the guidelines of the Second Chance Act of 2007, using the five factor criteria in accordance with 18 U.S.C. 3261.



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RODRIGUEZ, PENNIE  28005-509

SEQUENCE: 02263583
Team Date: 08-08-2022

| Most Recent Payment Plan |
| --- |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:  $2,408.68          Payments commensurate ?   Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
| --- | --- | --- |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-25-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-03-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-03-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-03-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 02-01-2022 |
| N-EDUC N | NEED - EDUCATION NO | 08-03-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-03-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-03-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-03-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-03-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-03-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-03-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-03-2022 |
| N-WORK Y | NEED - WORK YES | 08-03-2022 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 04-18-2022 |

**Progress since last review**

Completed the Drug education course, Resolve workshop. Making payments on her FRP as ordered in the last 6 months paid $150.00. Did not incur any incident reports since last program review. Completed the Billiards hospital course since last program review. Working as a Nurse ASST.

**Next Program Review Goals**

Take the Criminal thinking course, the Assert yourself for female offenders. Continue making payments on your FRP as ordered. Do not incur any incident reports.

**Long Term Goals**

Take an apprenticeship course of your choice by 12/23.

**RRC/HC Placement**

No.
Management decision - will review 17-19 months prior to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

No PREA concerns.
will be reviewed for RRC/HC placement 17 to 19 months prior to her release date. A RRC/HC review consist of following the guidelines of the Second Chance Act of 2007, using the five factor criteria in accordance with 18 U.S.C. 3261.

## FSA Recidivism Risk Assessment (PATTERN 01.02.01)

Register Number:28005-509, Last Name:RODRIGUEZ

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 28005-509 | Risk Level Inmate....: R-MED |
| Inmate Name | General Level......: R-MED (44) |
| Last.........: RODRIGUEZ | Violent Level......: R-LW (10) |
| First........: PENNIE | Security Level Inmate: MINIMUM |
| Middle.......: | Security Level Facl..: LOW |
| Suffix.......: | Responsible Facility.: CRW |
| Gender.........: FEMALE | Start Incarceration..: 01/11/2022 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 43 | 10 | 2 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 26 | 40 | 10 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 44 | 10 |

## FSA Recidivism Risk Assessment (PATTERN 01.02.01)

Register Number:28005-509, Last Name:RODRIGUEZ

**U.S. DEPARTMENT OF JUSTICE**                                     **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 28005-509 | Risk Level Inmate....: R-MED |
| Inmate Name | General Level......: R-MED (44) |
| Last.........: RODRIGUEZ | Violent Level......: R-LW (10) |
| First........: PENNIE | Security Level Inmate: MINIMUM |
| Middle.......: | Security Level Facl..: LOW |
| Suffix.......: | Responsible Facility.: CRW |
| Gender.........: FEMALE | Start Incarceration..: 01/11/2022 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 43 | 10 | 2 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 26 | 40 | 10 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 44 | 10 |

FSA Recidivism Risk Assessment (PATTERN 01.02.01)

Register Number:28005-509, Last Name:RODRIGUEZ

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number: 28005-509 | Risk Level Inmate....: R-MED |
| Inmate Name |   General Level......: R-MED (44) |
|   Last........: RODRIGUEZ |   Violent Level......: R-LW (10) |
|   First.......: PENNIE | Security Level Inmate: MINIMUM |
|   Middle......: | Security Level Facl..: LOW |
|   Suffix......: | Responsible Facility.: CRW |
| Gender........: FEMALE | Start Incarceration..: 01/11/2022 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 43 | 10 | 2 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 26 | 40 | 10 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 44 | 10 |

## FSA Recidivism Risk Assessment (PATTERN 01.02.01)

Register Number: 28005-509, Last Name: RODRIGUEZ

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Register Number: 28005-509                Risk Level Inmate....: R-MED
Inmate Name                                  General Level......: R-MED (44)
  Last.........: RODRIGUEZ               Violent Level......: R-LW (10)
  First........: PENNIE          Security Level Inmate: MINIMUM
  Middle.......:                 Security Level Facl..: LOW
  Suffix.......:                 Responsible Facility.: CRW
Gender.........: FEMALE           Start Incarceration..: 01/11/2022

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 43 | 10 | 2 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 26 | 40 | 10 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 44 | 10 |

Assessment Date: 04/18/2022                    (1)                    Assessment# R-2147142712



Penny Rodriguez        28005-509
Carswell FMC
PO Box 27137
Fort Worth, TX 76127

Legal
Mail

X-RAY

⟨⟩28005-509⟨⟩
US Courthouse
501 W 10TH ST
310
FORT Worth, TX 76102
United States

RECEIVED
OCT 2 8 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: _____

enclosed letter was processed through special
naming procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writ
some question or problem over which this fac-
tion jurisdiction, you may wish to return the
tional letter, including its return address, t...